## WILLIAM CHAPPELL VS. PELEG MATTESON.

On motion by defendant to change the venue, and the plaintiff answers that a default has been entered, the defendant may have leave to renew the motion after the default is disposed of.

*Motion by defendant to change the venue, from Monroe to Jefferson.*—The plaintiff showed that the suit was brought on a promissory note and not having received a plea, on the last day for pleading he entered de-

fendant's default: two days afterwards he received by mail from defendant's attorney (who resided at Watertown, and plaintiff's attorney at Rochester) a plea post marked Watertown, N. Y., but on what day it was mailed he was unable to say, as it was very indistinct; and finding defect in the affidavit or merits he returned the plea to defendant's attorney with his objections.

R. W. PECKHAM, *Defts Counsel.*    CHAS. D. WRIGHT, *Defts Atty.*
P. CAGGER, *Plffs Counsel.*    JAS. L. ANGLE, *Plffs Atty.*

BEARDSLEY, Justice.—Denied the motion, with costs, and without prejudice to defendant's right to renew the motion, after the default was disposed of.